United States District Court
Northern District of New York

| | | |
|---|---|---|
| Alisa An T███, ) | Case 5:21-cv-00541-DNH |
| *Plaintiff*, ) | |
| ) | |
| ) | |
| ) | |
| ) | David N. Hurd |
| v.  ) | United States District Judge |
| ) | |
| Kilolo Kijakazi, ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the Social ) | |
| Security Administration ) | |
| *Defendant*. ) | April 28, 2022 |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will remand to an Administrative Law Judge with instructions to further evaluate the opinion evidence; further assess the Plaintiff's subjective statements; reassess the Plaintiff's residual functional capacity; offer Plaintiff an opportunity for a hearing; and to take further action, as necessary, to complete the administrative record resolving the above issues; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,

By Her Attorneys

Carla B. Freedman,
United States Attorney

Alisa An T███

By Her Attorney

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 4-29-2022

| | |
|---|---|
| */s/ Ronald W. Makawa* | */s/ Howard D. Olinsky*[1] |
| Ronald W. Makawa | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700979 | 250 South Clinton Street |
| Social Security Administration | Ste 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 701-5780 |
| Boston, MA 02203 | holinsky@windisability.com |
| (617) 565-4283 | |
| ronald.makawa@ssa.gov | |

### Certificate of Service

I certify that I served this document upon counsel of record via the Court's ECF system.

*/s/ Ronald W. Makawa*
Ronald W. Makawa

---

[1] Signed by Ronald W. Makawa with Howard D. Olinsky's permission.