IT IS SO ORDERED:

*signature*

David N. Hurd
U.S. District Judge

Dated: 7-26-2022

**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Alisa An T▊▊▊, | ) | Case 5:21-cv-00541-DNH |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | David N. Hurd |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of the Social | ) | |
| Security Administration | ) | |
| *Defendant.* | ) | July 25, 2022 |

### Parties' Joint Stipulation for an Award of Attorney Fees
### Under the Equal Access to Justice Act

The parties, by and through their undersigned counsel, jointly stipulate and petition this Court to enter an order awarding attorney fees and expenses in the total amount of $7,132.77 in full satisfaction and settlement of any and all claims Plaintiff may have under the under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.

Any fees paid belong to plaintiff and not to her attorney and can be offset to satisfy a pre-existing debt that plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

Wherefore, Plaintiff and Defendant move the Court to accept this joint stipulation, and enter an order awarding Plaintiff EAJA fees in the amount of $7,132.77.

Respectfully Submitted,

| Kilolo Kijakazi, | Alisa An T▮▮▮ |
|---|---|
| By Her Attorneys | By Her Attorney |

Carla B. Freedman,
United States Attorney

| */s/ Ronald W. Makawa* | */s/ Howard D. Olinsky*[1] |
|---|---|
| Ronald W. Makawa | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700979 | 250 South Clinton Street |
| Social Security Administration | Ste 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 701-5780 |
| Boston, MA 02203 | holinsky@windisability.com |
| (617) 565-4283 | |
| ronald.makawa@ssa.gov | |

## Certificate of Service

I certify that I served this document upon counsel of record via the Court's ECF system.

*/s/ Ronald W. Makawa*
Ronald W. Makawa

---

[1] Signed by Ronald W. Makawa with Howard D. Olinsky's permission.